# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0714
LT Case No. 18-2025-CC-166

_____

GERARD BENJAMIN,

    Appellant,

    v.

JACINTO BARQUET,

    Appellee.

_____

On appeal from the County Court for Flagler County.
Andrea Karyn Totten, Judge.

Gerard Benjamin, Palm Coast, pro se.

Matthew Maguire, of Maguire Legal, Flagler, for Appellee.

January 15, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————